# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN FREIGHT LLC,<br>AMERICAN FREIGHT GROUP, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>SURPLUS FREIGHT, LLC,<br>SURPLUS FREIGHT INC.,<br>STAGE CAPITAL, LLC,<br>ASAPH RINK, and DAVID BELFORD,<br><br>*Defendants.* | Civil Action No. 2:21-CV-01922<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers |
| AMERICAN FREIGHT LLC,<br>AMERICAN FREIGHT MANAGEMENT COMPANY, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOEL CADY and<br>HARIS BULJINA,<br><br>*Defendants.* | Civil Action No. 2:21-CV-01922<br>(formerly 2:21-CV-02136)<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(2)**

1. Plaintiffs and Defendants (the "Parties") in the above-captioned matters ("the Actions"), by and through their undersigned attorneys, hereby jointly move the Court under Rule 41(a)(2) to dismiss the Actions with prejudice because the Parties have agreed to settle this matter privately.

2. The Parties have agreed that the Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement dated July 2, 2021.

3. The Parties request that the Court enter the Proposed Order annexed hereto as Exhibit A.

Dated: July 7, 2021

| | |
|---|---|
| **ARNOLD & CLIFFORD LLP** | **TAFT STETTINIUS & HOLLISTER LLP** |
| By: */s/ James E. Arnold*<br>James E. Arnold (0037712)<br>Damion M. Clifford (0077777)<br>115 W. Main Street, Suite 400<br>Columbus, Ohio 43215<br>Telephone: (614) 460-1600<br>Facsimile:  (614) 469-1066<br>jarnold@arnlaw.com<br>dclifford@arnlaw.com | By: */s/ David J. Butler*<br>David J. Butler (0068455) (Trial Attorney)<br>David C. Roper (0099782)<br>65 East State Street, Suite 1000<br>Columbus, Ohio 43215<br>Telephone: (614) 221-2838<br>Facsimile: (614) 221-2007<br>dbutler@taftlaw.com<br>droper@taftlaw.com |
| **MAYER BROWN LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| Jean-Marie L. Atamian (admitted pro hac vice)<br>John M. Conlon (admitted pro hac vice)<br>Jason I. Kirschner (admitted pro hac vice)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel. 212.506.2678<br>jatamian@mayerbrown.com<br>jconlon@mayerbrown.com<br>jkirschner@mayerbrown.com | Tariq Mundiya (admitted pro hac vice)<br>James C. Dugan (admitted pro hac vice)<br>Vanessa C. Richardson (admitted pro hac vice)<br>787 Seventh Avenue<br>New York, New York 10019<br>Phone: (212) 728-8000<br>tmundiya@willkie.com<br>jdugan@willkie.com<br>vrichardson@willkie.com |
| *Attorneys for Defendant David Belford* | *Attorneys for Plaintiffs American Freight, LLC, American Freight Group, LLC, and American Freight Management Company, LLC* |
| **KEGLER BROWN HILL + RITTER** | |
| By: */s/ Jason H. Beehler*<br>Jason H. Beehler (0085337)<br>Robert G. Cohen (0041707)<br>Sasa Trivunic (0096722)<br>65 East State Street, Suite 1800<br>Columbus, Ohio 43215<br>Telephone: (614) 462-5400<br>Facsimile: (614) 464-2634<br>jbeehler@keglerbrown.com<br>rcohen@keglerbrown.com<br>strivunic@keglerbrown.com | |
| *Attorneys for Defendants Surplus Freight, LLC, Surplus Freight, Inc., Stage Capital, LLC, Asaph Rink, Joel Cady, and Haris Buljina* | |

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed via the Clerk of this Court's CM/ECF system and served upon all counsel of record this 7th day of July, 2021.

             */s/ David J. Butler*
             David J. Butler